FALL, 1811.
First District.

FAURIE
*vs.*
PITOT & AL.

The full period of prescription must be reckoned from its interruption.

#### JUDGMENT FOR PLAINTIFF.

*Moreau,* for the plaintiff.

*Smith,* for the defendant.

——————

#### *FAURIE* vs. *PITOT & AL. SYNDICS, &c.*

THE plaintiff had brought suit for her dotal rights, against the defendants, syndics of her husband's estate, and obtained judgment, but no allowance was made to her for interest: none having been prayed: she now instituted the present suit to recover the interest.

Interest cannot be sued for in a distinct action.

*By the Court.* Interest cannot be sued distinctly from the principal. It is an accessory of

FALL, 1811.
First District.

ORLEANS
NAVIGATION
COMPANY
vs.
BOUTTE,

the debt, and when that is cancelled, the right to the interest is also destroyed.

JUDGMENT FOR DEFENDANT.

*Derbigny,* for the plaintiff.

*Paillette,* for the defendant.